J-S22011-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| RAYMOND J. RIVERA, | : | |
| | : | |
| Appellant | : | No. 948 WDA 2014 |

Appeal from the Judgment of Sentence November 14, 2013
in the Court of Common Pleas of Westmoreland County
Criminal Division at No(s): CP-65-CR-0004795-2011

BEFORE:    PANELLA, LAZARUS, and STRASSBURGER, JJ.*

DISSENTING MEMORANDUM BY STRASSBURGER, J.: **FILED JUNE 18, 2015**

Because the trial court erred in ruling that Dr. Wettstein's report was inadmissible, I respectfully dissent and offer the following analysis.

Dr. Wettstein opined to a reasonable degree of medical certainty that Appellant suffered from "paranoid delusional disorder" which was "present now and [was] present at the time of the alleged offense." Wettstein's Report at 13-14.  In order to prevail in a claim for self-defense, "the defendant in fact must have acted out of an honest, *bona fide* belief that he was in imminent danger." ***Commonwealth v. Light***, 326 A.2d 288, 292 (Pa. 1974) (plurality).  This testimony would have been relevant to aid a jury in assessing Appellant's state of mind.  Accordingly, the trial court erred in excluding this testimony and Appellant is entitled to a new trial.

*Retired Senior Judge assigned to the Superior Court.